UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | |
| KENNETH LEE UNDERWOOD, | ) | Case No. 3:17-bk-3060-PMG |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |

**DEBTOR'S SECOND MOTION TO
EXTEND DEADLINE TO FILE SCHEDULES
AND STATEMENT OF FINANCIAL AFFAIRS**

Debtor, Kenneth Lee Underwood ("Debtor"), moves the Court, pursuant Rule 9006, Federal Rules of Bankruptcy Procedure, for the entry of an order extending the deadline to file his Schedules and Statement of Financial Affairs through and including September 20, 2017, and in support of the motion states:

1. On August 21, 2017, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date") [Docket No. 1]. Debtor is continuing in possession of his properties and managing his business as debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code [Docket No. 4].

2. Pursuant to Rule 1007(c), Federal Rules of Bankruptcy Procedure, the Schedules, Statement of Financial Affairs, Statement of Monthly Income and Disclosure of Compensation (the "Initial Disclosures") are required to be filed within 14 days of the Petition Date.

3. On September 1, 2017. Debtor moved for and obtained an extension of time through and including September 12, 2017 within which to file his Initial Disclosures [Docket No. 15].

4. Hurricane Irma is bearing down on the State of Florida. The path it will take is not yet known, though it is sure to be destructive. Given the planned closure of the federal courthouse and the undersigned's office, and the possibility of mandatory evacuations, Debtor respectfully requests an extension of time through and including September 20, 2017 within which to complete the Initial Disclosures.

5. The § 341 meeting of creditors is currently scheduled for October 4, 2017 [Docket No. 8]. The delay in delivery of the Initial Disclosures should not be prejudicial to any creditors in preparation for same.

6. There are no other matters pending in this case and, therefore, an additional extension of time will not be prejudicial to any creditors of the estate.

7. This motion is made before the expiration of the time prescribed for filing the Initial Disclosures.

8. Rule 9006, Federal Rules of Bankruptcy Procedure, provides in part:

> (b) Enlargement.
>
> (1) *In General.* Except as provided in paragraphs (2) and (3) of this subdivision, when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause given thereunder may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . .

Fed. R. Bankr. P. 9006.

9. As described above, good cause exists to support the extension requested by the Debtor.

WHEREFORE, the Debtor respectfully requests entry of an order (i) extending the time in which to file his Initial Disclosures through and including September 20, 2017, and (ii) granting such further relief as is deemed appropriate.

                               **THAMES MARKEY & HEEKIN, P.A.**

                               */s/ Robert A. Heekin, Jr.*
By_____
        Robert A. Heekin, Jr.

Florida Bar Number 0652083
50 North Laura Street, Suite 1600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rah@tmhlaw.net

Proposed Attorneys for Kenneth Lee Underwood

4

**Certificate of Service**

I hereby certify that on September 7, 2017, the following pleading was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Files System, which will send a notice of electronic filing to all creditors and parties in interest who have consented to receiving electronic notices in this case.

/s/ Robert A. Heekin, Jr.
_____
Attorney

17